UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DARREN DEON JOHNSON,

       Plaintiff,

v.

UNKNOWN MOSIER et al.,

       Defendants.

_____/

Case No. 1:23-cv-169

Honorable Ray Kent

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS ALSO ORDERED** that within twenty-eight (28) days hereof, Plaintiff shall pay the $402.00 filing fees to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $402.00 filing fees.

Dated:  March 22, 2023                  /s/ Ray Kent
                                                     Ray Kent
                                                     United States Magistrate Judge

**SEND REMITTANCES TO**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**