UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DARREN DEON JOHNSON,

    Plaintiff,

Case No. 1:23-cv-169

v.

Honorable Ray Kent

UNKNOWN MOSIER et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  May 4, 2023

/s/ Ray Kent
Ray Kent
United States Magistrate Judge